UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

TYRONE BAZZLE,
    Petitioner,

2006 FEB 14  P 12: 32

v.

Case No.: 3:05-cv-503-J-20HTS
3:03-cr-320-J-20HTS

UNITED STATES OF AMERICA,
    Respondent.

_____/

## ORDER

In the present action pursuant to 28 U.S.C. § 2255, Defendant/Petitioner Bazzle contends that his prior counsel, Maurice C. Grant, II, advised him multiple times during the course of Defendant's criminal prosecution that despite his plea of guilty, Defendant could appeal, among other things, the Court's rulings from the suppression hearing. However, neither Party has submitted an affidavit from Defendant's prior counsel, Mr. Grant, as to what Defendant Bazzle was or was not advised. Thus, the Court has determined that an evidentiary hearing must be conducted on this matter. An evidentiary hearing, for which Defendant/Petitioner must be present, is scheduled for **Tuesday April 25, 2006 at 3:00 P.M. in Courtroom 10C, United States District Court, 300 North Hogan Street, Jacksonville, Florida.** Moreover, Mr. Wade Rolle, Esq. is hereby appointed as Petitioner's counsel of record and shall represent him at the above mentioned hearing.

**DONE AND ENTERED** at Jacksonville, Florida, this 13th day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Peggy Morris Ronca, AUSA
Tyrone Bazzle, *pro se*
Wade Rolle, Esq.
United States Marshals