**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 APR 25  A 9: 41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

TYRONE BAZZLE,

    Petitioner,

v.                                  Case No. 3:05-cv-503-J-20HTS
                                    Criminal Case No. 3:03-cr-320-J-20HTS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner's Motion for Continuance of Evidentiary Hearing (Doc. No. 55, filed April 21, 2006), unopposed by the United States, is **GRANTED**. The evidentiary hearing is rescheduled for **Wednesday, May 17, 2006 at 10:00 a.m.** in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**The U.S. Marshal is directed to transport the Petitioner for his appearance at the hearing indicated above.**

**DONE AND ORDERED** at Jacksonville, Florida, this 25f day of April, 2006.

                                              HARVEY E. SCHLESINGER
                                              United States District Judge

Copies to:
Don Pashayan, Esq.
Wade M. Rolle, Esq.
U.S. Marshal